## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mai Yang,

                Petitioner,

v.

Michael B Mukasey, *Sued as Michael Mukasey, Attorney General*, Denise Frazier, *District Director of USCIS, Bloomington, Minnesota*, Scott Baniecke,*Field Office Director, Bloomington, Minnesota, Immigration and Customs Enforcement*,

                Respondents.

Civ. No. 07-4780 (JMR/JJK)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 15, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**

Dated:  November 6, 2008

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge
